UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KENNETH MOORE,

Defendant.

ORDER

14 Cr. 476 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing of Defendant Moore is now scheduled for January 2, 2020 in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. (See Dec. 3, 2019 Order (Dkt. No. 418)) It is hereby ORDERED that any submissions on behalf of Defendant Moore are due by **December 12, 2019**; any submission from the Government is due by **December 19, 2019**.

Dated: New York, New York
        December 5, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge