UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v. –

KENNETH MOORE,

Defendant.

ORDER

14 Cr. 476 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ordered that the sentencing previously scheduled for January 2, 2020 will take place on **March 5, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Moore are now due by **February 13, 2020**; any submission from the Government is now due by **February 20, 2020**.

Dated: New York, New York
December 18, 2019

SO ORDERED.

Paul G. Gardephe
United States District Judge