UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– v.–

KENNETH MOORE,

              Defendant.

**ORDER**

14 Cr. 476 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ordered that the sentencing previously scheduled for March 5, 2020 will take place on **March 11, 2020 at 4:00 p.m.** in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       March 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge