UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KENNETH MOORE,

Defendant.

**ORDER**

14 Cr. 476 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the (S2) Information, waiver of indictment, and September 1, 2015 order accepting Defendant's plea are unsealed.

Dated:  New York, New York
        April 21, 2020

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge