UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

Kenneth Moore,                                            7:14 Cr. –476-cs
                        Defendant.

------------------------------------------------------------x

Seibel, J.

## SEALED ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Lisa Margaret Smith, United States Magistrate Judge, dated ~~September 1~~ (August 28), 2015, is approved and accepted.

CS

The Clerk of the Court is directed to enter the plea.

SO ORDERED.

Dated: White Plains, New York
       September 1, 2015

_____
Cathy Seibel
United States District Judge