UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KENNETH MOORE,

Defendant.

**ORDER**

14 Cr. 476 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Given that the state charges against the Defendant remain pending, the sentencing on the Defendant's violation of supervised release is adjourned to **October 13, 2023, at 10:30 a.m.**

Dated: New York, New York
September 12, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge