UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

KENNETH MOORE,

Defendant.

**ORDER**

14 Cr. 476 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conditions of Defendant Moore's conditions of supervised release are modified to include a condition that he will participate in an in-patient treatment program approved by the United States Probation Office, and to remove the condition requiring electronic monitoring. All other conditions remain in effect.

The sentencing on the Defendant's violation of supervised release currently scheduled for October 13, 2023, is adjourned to **January 10, 2024, at 10:00 a.m.**

Dated: New York, New York
September 22, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge